| | | | |
|---|---|---|---|
| Enbridge Energy v. Engelking† | 2015AP001346 | 10–25–2016 | Affirmed |
| Milwaukee City Hous. Auth. v. Barki | 2015AP001359 | 11–22–2016 | Affirmed |
| State v. Dodd† | 2015AP001400 CR | 11–29–2016 | Affirmed |
| State v. Corbine, Jr.† | 2015AP001582 CR | 11–01–2016 | Affirmed |
| Ryan v. Tubbs | 2015AP001601 | 11–10–2016 | Reversed and remanded |
| State v. Smith† | 2015AP001645 CR | 11–15–2016 | Affirmed |
| State v. Farrow† | 2015AP001777 CR | 11–08–2016 | Affirmed |
| State v. Humes† | 2015AP001792 CR | 11–30–2016 | Affirmed |
| State v. Shepard† | 2015AP001886 | 11–01–2016 | Affirmed |
| State v. Farr† | 2015AP001901 | 11–16–2016 | Affirmed |
| G&D Props., LLC v. Milwaukee Metro. Sewerage Dist.† | 2015AP001906 | 11–01–2016 | Affirmed |
| Wilmington Sav. Fund Soc'y, FSB v. Roop | 2015AP001952 | 11–15–2016 | Affirmed |
| State v. Chapman† | 2015AP002133 CR | 11–29–2016 | Affirmed |
| Seidling v. Stepan | 2015AP002219 | 11–22–2016 | Affirmed/ reversed/ remanded |
| State v. Caldwell† | 2015AP002222 CR | 11–01–2016 | Affirmed |
| Briggs v. Romanski† | 2015AP002262 | 11–17–2016 | Affirmed/ reversed/ remanded |
| Pettengill v. Henning | 2015AP002283 | 11–15–2016 | Affirmed |
| Bullamore v. Bednar | 2015AP002383 | 11–16–2016 | Affirmed |
| State v. Hancock | 2015AP002406 | 11–10–2016 | Affirmed |
| State v. Christianson† | 2015AP002440 CR | 11–01–2016 | Affirmed |
| Acuity v. Michalak† | 2015AP002487 | 11–03–2016 | Affirmed |
| State v. Schaefer† | 2015AP002555 CR | 11–01–2016 | Affirmed |
| State v. Havenga† | 2015AP002584 CR | 11–08–2016 | Affirmed |
| City of Appleton v. Vandenberg | 2015AP002649 | 11–08–2016 | Affirmed |
| DuFrene v. DuFrene | 2015AP002652 | 11–01–2016 | Affirmed |

† Petition to review filed.